Matthew A. Rosenthal (SBN 279334)
matt@westgatelaw.com
Westgate Law
15760 Ventura Blvd, Suite 880
Los Angeles, CA  91436
Tel: (818) 200-1497
Fax: (818) 574-6022
Attorneys for Plaintiff,
REFUGIO RIVERA

**IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION**

| | |
|---|---|
| REFUGIO RIVERA,<br><br>            Plaintiff,<br><br>     v.<br><br>WHEELS FINANCIAL GROUP, LLC d/b/a LOANMART,<br><br>            Defendant. | Case No.: 2:15-9163<br><br>**NOTICE OF SETTLEMENT** |

    NOW COMES Plaintiff, REFUGIO RIVERA, through her attorneys, WESTGATE LAW, and hereby notifies this Court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next sixty (60) days.

    Plaintiff therefore respectfully requests this Honorable Court vacate all dates currently scheduled for the present matter.

RESPECTFULLY SUBMITTED,

DATED:  January 19, 2016          WESTGATE LAW

By: /s/ Matthew A. Rosenthal
Matthew A. Rosenthal
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on January 19, 2016, I filed the forgoing document with the Clerk of the Court using the CM/ECF System. I further certify that on January 19, 2016, a copy of the forgoing was served upon Defendant via email transmission to the following:

Anni Vartanian
Staff Attorney
Wheels Financial Group, LLC
dba LoanMart
15821 Ventura Blvd., Suite 280
Encino, California 91436

By:/s/ Matthew A. Rosenthal
Matthew A. Rosenthal