Matthew A. Rosenthal (SBN 279334)
matt@westgatelaw.com
Westgate Law
15760 Ventura Blvd, Suite 880
Los Angeles, CA  91436
Tel: (818) 200-1497
Fax: (818) 574-6022
Attorneys for Plaintiff,
REFUGIO RIVERA

**IN THE UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| REFUGIO RIVERA, | ) Case No.: 2:15-9163 |
| | ) |
| | ) **PLAINTIFF'S NOTICE OF** |
| Plaintiff, | ) **VOLUNTARY DISMISSAL WITH** |
| | ) **PREJUDICE PURSUANT TO FEDERAL** |
| v. | ) **RULE OF CIVIL PROCEDURE 41(a)(1)** |
| | ) |
| | ) |
| WHEELS FINANCIAL GROUP, LLC d/b/a | ) |
| LOANMART, | ) |
| | ) |
| | ) |
| Defendant. | ) |

**PLEASE TAKE NOTICE** that Plaintiff Refugio Rivera, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), gives notice that she voluntarily dismisses all claims in this action as to herself in her individual capacity *with prejudice*.  Defendant Wheels Financial Group, LLC d/b/a Loanmart has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, this matter may be dismissed with prejudice without an Order of the Court.

RESPECTFULLY SUBMITTED,

DATED:  January 21, 2016                    WESTGATE LAW

By: /s/ Matthew A. Rosenthal
Matthew A. Rosenthal
Attorney for Plaintiff

### CERTIFICATE OF SERVICE

I hereby certify that on January 21, 2016, I filed the forgoing document with the Clerk of the Court using the CM/ECF System. I further certify that on January 21, 2016, a copy of the forgoing was served upon Defendant via email transmission to the following:

Anni Vartanian
Staff Attorney
Wheels Financial Group, LLC
dba LoanMart
15821 Ventura Blvd., Suite 280
Encino, California 91436

By:/s/ Matthew A. Rosenthal
Matthew A. Rosenthal